IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MONICA HEARD, individually as surviving spouse of Dexter Heard, Sr.; and MONICA HEARD, as Administrator of the Estate of Dexter A. Heard, Sr., | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-12 |
| v. | |
| FEDEX CORPORATION; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and WILLIS TOWERS WATSON, | |
| Defendants. | |

**O R D E R**

On September 15, 2023, counsel for Plaintiff and counsel for Defendants advised the Court that the parties have reached a settlement of this matter and that they intend to file a joint stipulation of dismissal once the settlement is completed. (Doc. 68.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **sixty (60) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the

alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **sixty (60) days**, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 18th day of September, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA