IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MONICA HEARD, individually as surviving spouse of Dexter Heard, Sr.; and MONICA HEARD, as Administrator of the Estate of Dexter A. Heard, Sr., <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and WILLIS TOWERS WATSON, <br><br> Defendants. | CIVIL ACTION NO.: 4:23-cv-12 |

**O R D E R**

On September 18, 2023, the Court administratively closed this action as the case had settled. (Doc. 69.) Presently before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendants, wherein the parties state that they stipulate to the dismissal of all claims in this action with prejudice, with each party to bear its own attorneys' fees and costs. (Doc. 72.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is

hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 3rd day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA